MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
SACHA M. STEENHOEK, State Bar No. 253743
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dpsullivan@morganlewis.com

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, K. HOVNANIAN COMPANIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH McCARTHY,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, K. HOVNANIAN COMPANIES, LLC,<br><br>          Defendants. | Case No. CV 08-1888<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Edith McCarthy ("Plaintiff") and Defendants the Prudential Insurance Company of America and K. Hovnanian Companies, LLC ("Defendants") hereby stipulate and agree pursuant to Local Rule 6-1(a) that the last day for Defendants to respond to Plaintiff's Complaint shall be extended thirty (30) days to Wednesday, May 28, 2008.

**IT IS SO STIPULATED**:

Dated: April 28, 2008          GOLDSTEIN, GELLMAN, MELBOSTAD,
                               GIBSON & HARRIS LLP

                               By  /S/ Michael W. Flynn (as authorized on 04/28/2008)
                                   Michael W. Flynn
                                   Attorneys for Plaintiff

Dated: April 28, 2008          MORGAN, LEWIS & BOCKIUS LLP

                               By  /S/  Donald P. Sullivan
                                   Attorneys for Defendants

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CV 08-1888
STIP. EXTENDING TIME TO RESPOND