MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
SACHA M. STEENHOEK, State Bar No. 253743
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and K. HOVNANIAN COMPANIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH McCARTHY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and K. HOVNANIAN COMPANIES, LLC,<br><br>　　　　Defendants. | Case No. CV 08 1888 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned parties hereby respectfully decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: May 28, 2008                           Morgan, Lewis & Bockius LLP


                                              By:   /S/ Donald P. Sullivan
                                                    Donald P. Sullivan
                                                    Attorneys for Defendants
                                                    THE PRUDENTIAL INSURANCE
                                                    COMPANY OF AMERICA and K.
                                                    HOVNANIAN COMPANIES, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO