UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDITH MCCARTHY

       Plaintiff(s),                          No. 08-01888 JL

   v.                                 NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

PRUDENTIAL INS. CO.

       Defendant(s).

_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

         (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for July 16, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: May 29, 2008

                                                     Richard W. Wieking, Clerk
                                                     United States District Court

                                                     */s/ Wings Hom*
                                                     _____
                                                     By: Wings Hom, Deputy Clerk

reassig1.DCT                                      1