Lee S. Harris (SBN 76699)
Michael W. Flynn (SBN 247501)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
Telephone: (415) 673-5600
Facsimile: (415) 673-5606

Attorneys for Plaintiff
EDITH McCARTHY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH McCARTHY,<br><br>           Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and K. HOVNANIAN COMPANIES, LLC,<br><br>           Defendants. | Case No. CV 08-1888-SBA<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 18, 2008

                                       **GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS LLP**

                                       By:  /s/
                                            LEE S. HARRIS
                                            MICHAEL W. FLYNN
                                            Attorney for Plaintiff
                                            EDITH McCARTHY