1  MORGAN, LEWIS & BOCKIUS LLP
   DONALD P. SULLIVAN, State Bar No. 191080
2  SACHA M. STEENHOEK, State Bar No. 253743
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendants
   THE PRUDENTIAL INSURANCE COMPANY OF
6  AMERICA and K. HOVNANIAN COMPANIES, LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  EDITH McCARTHY,                      Case No. C 08 01888 SBA

12              Plaintiff,               **STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE CASE
13       vs.                             MANAGEMENT CONFERENCE DUE TO
                                         SUBSTITUTION OF COUNSEL FOR
14  THE PRUDENTIAL INSURANCE             DEFENDANTS**
    COMPANY OF AMERICA and K.
15  HOVNANIAN COMPANIES, LLC,

16              Defendants.

17

18       Defendants The Prudential Insurance Company of America and K. Hovnanian

19  Companies, LLC (collectively, "Defendants") and Plaintiff Edith McCarthy hereby submit this

20  stipulated request that the Court continue the Case Management Conference from July 16, 2008

21  to either August 20, 21 or 22, 2008 on the ground the Defendants are in the process of

22  substituting new counsel to represent them in this case.  Defendants' new counsel will need time

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

1  to familiarize themselves with the facts in this case.  Consequently, good cause exists to continue

2  the Case Management Conference in this case.

3  **IT IS SO STIPULATED**:

4  Dated:  July 7, 2008                              Respectfully Submitted,

5

6                                                    By:____/S/ Donald P. Sullivan_____

7                                                        Donald P. Sullivan
                                                         MORGAN, LEWIS & BOCKIUS LLP
                                                         Attorneys for Defendants
8                                                        THE PRUDENTIAL INSURANCE
                                                         COMPANY OF AMERICA and K.
9                                                        HOVNANIAN COMPANIES, LLC

10

11                                                   By:_____/S/ Michael W. Flynn (As Authorized on
                                                         _____July 7, 2008)_____
12                                                       Lee Harris
                                                         Michael W. Flynn
13                                                       GOLDSTEIN, GELLMAN, MELBOSTAD,
                                                         GIBSON & HARRIS, LLP
14                                                       Attorneys for Plaintiff Edith McCarthy

15

16                                         **[PROPOSED] ORDER**

17        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Case

18  Management Conference currently set for Wednesday, July 16, 2008, is continued until Monday,

19  August 18, 2008 at 3:30 p.m., via telephone.  The Court further orders that the attendant joint

20  Case Management Conference statement will now be due on August 8, 2008.

21  Dated:

22                                                   _____
                                                     HON. SANDRA BROWN ARMSTRONG
23                                                   United States District Judge

24

25

26
    DB2/20751712.1
27

28

MORGAN, LEWIS &
 BOCKIUS LLP                          2                ORDER TO CONTINUE CASE MANAGEMENT
ATTORNEYS AT LAW                                              CONFERENCE  C 08 01888 SBA
 SAN FRANCISCO