| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | DONALD P. SULLIVAN, State Bar No. 191080 |
| 2 | SACHA M. STEENHOEK, State Bar No. 253743 |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| 5 | Attorneys for Defendants |
| | THE PRUDENTIAL INSURANCE COMPANY OF |
| 6 | AMERICA and K. HOVNANIAN COMPANIES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH McCARTHY, | Case No. CV 08 1888 SBA |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and K. HOVNANIAN COMPANIES, LLC, | |
| Defendants. | |

Defendants the Prudential Insurance Company of America and K. Hovnanian Companies, LLC ("Defendants") hereby substitute retained counsel Tad Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

///
///
///
///
///
///
///

| | |
|---|---|
| 1 | Please direct all notices and other communications to Defendants pertaining to this case to |
| 2 | Gordon & Rees at the above-identified address. |

Dated: JY 9 , 2008

_____
The Prudential Insurance Company of America

Dated: _____, 2008

_____
K. Hovnanian Companies

Dated: July 8, 2008

_____
Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

Dated: July 9, 2008

_____
Tad Devlin
GORDON & REES

[PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated:_____

_____
The Hon. Sandra Brown Armstrong
United States District Judge

DB2/20753311.1

Please direct all notices and other communications to Defendants pertaining to this case to Gordon & Rees at the above-identified address.

Dated:_____, 2008

The Prudential Insurance Company of America

Dated: July 9, 2008

_(signature)_
K. Hovnanian Companies

Dated: July 8, 2008

_(signature)_
Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

Dated:_____, 2008

Tad Devlin
GORDON & REES

## [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated:_____

The Hon. Sandra Brown Armstrong
United States District Judge

DB2/20753311.1