**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| EDITH MCCARTHY,<br><br>        Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, et al.,<br><br>        Defendants. | No. C 08-01888 SBA<br><br>**ORDER**<br><br>[Docket No. 11] |

IT IS HEREBY ORDERED THAT as the parties have filed a Stipulation and [Proposed] Order to Continue Case Management Conference Due to Substitution of Counsel for Defendants (the "Stipulation") [Docket No. 11], seeking to continue their Case Management Conference (CMC), as defendants are retaining new counsel, the Court GRANTS the Stipulation, and the CMC set for July 16, 2008 at 3:30 p.m., *see* Docket No. 8, is CONTINUED to September 17, 2008 at 2:30 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

July 10, 2008

                                                                       Saundra Brown Armstrong
                                                                       United States District Judge