1  MORGAN, LEWIS & BOCKIUS LLP
   DONALD P. SULLIVAN, State Bar No. 191080
2  SACHA M. STEENHOEK, State Bar No. 253743
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   THE PRUDENTIAL INSURANCE COMPANY OF
6  AMERICA and K. HOVNANIAN COMPANIES,
   LLC

FILED
JUL 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH McCARTHY,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and K. HOVNANIAN COMPANIES, LLC,<br><br>Defendants. | Case No. CV 08 1888 SBA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendants the Prudential Insurance Company of America and K. Hovnanian Companies, LLC ("Defendants") hereby substitute retained counsel Tad Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

///
///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
C 08 01888 SBA

1  Please direct all notices and other communications to Defendants pertaining to this case to
2  Gordon & Rees at the above-identified address.

4  Dated: July 9, 2008

_____
The Prudential Insurance Company of America

7  Dated: _____, 2008

_____
K. Hovnanian Companies

9  Dated: July 8, 2008

_____
Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

12  Dated: July 9, 2008

_____
Tad Devlin
GORDON & REES

### [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Sandra Brown Armstrong
United States District Judge

DB2/20753311.1

Please direct all notices and other communications to Defendants pertaining to this case to Gordon & Rees at the above-identified address.

Dated: _____, 2008

_____
The Prudential Insurance Company of America

Dated: July 9, 2008

_____
K. Hovnanian Companies

Dated: July 8, 2008

_____
Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

Dated: _____, 2008

_____
Tad Devlin
GORDON & REES

[~~PROPOSED~~] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: 7-11-08

_____
The Hon. Sandra Brown Armstrong
United States District Judge

DB2/20753311.1